AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>Aimenn Penny<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. 1:23-mj-3120-TMP |

**FILED**
12:09 pm Mar 31 2023
Clerk U.S. District Court
Northern District of Ohio
Cleveland

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 25, 2023__ in the county of __Geauga__ in the __Northern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 844(i) | Malicious Use of Explosive Materials (Arson) |
| 26 U.S.C. § 5861(c) | Receiving or Possessing a Destructive Device |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Lane Thorum, Special Agent, FBI
*Printed name and title*

Sworn to via telephone after submission by reliable electronic means. Fed. R. Crim. P. 3, 4(d), and 4.1.

Date: March 31, 2023

City and state: Cleveland, Ohio

Thomas M. Parker, United States Magistrate Judge