UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF OHIO

UNITED STATES OF AMERICA

v.  CASE NO. 1:23-mj-3120-TMP

AIMENN PENNY

**ORDER REGARDING USE OF VIDEO CONFERENCING/TELECONFERENCING**

In accordance with Standing Order 2020-06, this Court finds:

[✓] That the Defendant has consented to the use of video teleconferencing/teleconferencing to conduct the proceeding(s) held today, after consultation with counsel;

and

The proceeding(s) held on this date may be conducted by:

[✓] Video Teleconferencing

[ ] Teleconferencing, because video teleconferencing is not reasonably available for the following reason:

  [ ] The Defendant (or the Juvenile) is detained at a facility lacking video teleconferencing capability.

  [ ] Other:

Date: 3/31/2023

_____
United States Magistrate Judge