FILED
3:37 pm Apr 06 2023
Clerk U.S. District Court
Northern District of Ohio
Cleveland

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:23-mj-3120-TMP |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE |
| | ) | THOMAS M. PARKER |
| v. | ) | |
| | ) | |
| AIMENN PENNY, | ) | **WAIVER OF DETENTION HEARING** |
| | ) | **AND ORDER** |
| Defendant. | ) | |
| | ) | |

Aimenn Penny, the above-named defendant, accused of having violated United States Codes: 18 U.S.C. § 844(i), 26 U.S.C. § 5861(c), advised of the nature of the charge and of his/her rights, and under advice of counsel, waives in open court his/her right to a detention hearing and consents that he/she be held without bail pursuant to Title 18 U.S.C., Section 3142 (e) and (i) but reserves the right to raise the issue of detention at a later date.

*John Greven for Aimenn Penny*
Defendant

*John Greven*
Counsel for Defendant

IT IS SO ORDERED.

*Thomas M. Parker*
Thomas M. Parker
United States Magistrate Judge

Dated: April 6, 2023